## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| COLLEEN BRADSHAW, | ) | 3:16-CV-0544-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 26, 2017 |
| | ) | |
| GRANT D. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an application to proceed *in forma pauperis* (ECF No. 1). Plaintiff has has attached to her application several pages of paper alleging, among other things, that a Dr. Grant Miller is "play[ing] commercials he recorded over my speakers so I can't watch the shows." Plaintiff also complains bitterly about retired Judges Hagen and McQuaid and decisions they rendered on cases she filed in 1998 and 1999.

However, plaintiff has not filed a complaint in this matter. Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed.R.Civ.P. 3. The clerk of the court shall **SEND** to plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. Plaintiff thirty (30) days from the date of this order to submit a complaint to this court. If Plaintiff does not timely comply with this order, dismissal of this action may result.

Plaintiff's emergency motions do not comply with the requirements for seeking emergency relief under Local Rule 7-4; therefore, the motions attached to plaintiff's application for *in forma pauperis* are **DENIED**. To the extent plaintiff is seeking the court to revisit decisions made in any of her previous cases, that request is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk